<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 97-7052**

————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BETTY J. MURPHY,

Defendant - Appellant.

————————

**No. 97-7274**

————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BETTY J. MURPHY,

Defendant - Appellant.

————————

Appeals from the United States District Court for the Middle District of North Carolina, at Winston-Salem. N. Carlton Tilley, Jr., District Judge. (CR-89-280-WS, CA-96-632-6)

Submitted:  February 26, 1998          Decided:  March 18, 1998

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Betty J. Murphy, Appellant Pro Se.  Paul Alexander Weinman, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's orders denying her motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997) and denying her motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeals on the reasoning of the district court. <u>United States v. Murphy</u>, Nos. CR-89-280-WS; CA-96-632-6 (M.D.N.C. July 18, 1997 and Aug. 15, 1997). We deny Appellant's motions for transcripts at government expense, unsealing of documents, additional briefing, appointment of counsel, and reinstatement of in forma pauperis status. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>